Per Curiam.

---

Charles M. Backus Company, defendant in error, v. Rodney H. Brandon et al., plaintiffs in error. Gen. No. 25,439.

Motion to vacate a judgment entered in an action of assumpsit against five makers of a promissory note. Motion dismissed as to three defendants and judgment vacated as to others. Error to the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March

term, 1920. Reversed and remanded. Opinion filed January 28, 1921.

McGilvray, Eames & Vaughan, for plaintiffs in error. Barthell, Fitts & Rundall, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.